DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES COOPER GRIGGS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3836

[July 27, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Joe A. Wild, Judge; L.T. Case No. 312016CF000464A.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***